1  JENNER & BLOCK LLP
   Andrew J. Thomas (SBN 159533)
2  ajthomas@jenner.com
   633 West 5th Street, Suite 3600
3  Los Angeles, CA 90071
   Telephone:  (213) 239-5100
4  Facsimile:   (213) 239-5199

5

6  Attorneys for Defendant and Counterclaimant
   ORION PICTURES CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ROBOCOPP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ORION PICTURES CORPORATION,<br><br>    Defendant.<br><br>ORION PICTURES CORPORATION,<br><br>    Counterclaimant,<br><br>v.<br><br>ROBOCOPP, LLC,<br><br>    Counterdefendant. | Case No. 3:16-cv-5476<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

This Joint Notice of Settlement and Stipulation to Continue Case Management Conference is respectfully presented to the Court by the undersigned counsel for Plaintiff/Counterdefendant Robocopp, LLC ("Robocopp") and Defendant/Counterclaimant Orion Pictures Corporation ("Orion"), respectively, with reference to the following facts.

(1) A Case Management Conference in this matter is currently set for February 22, 2017, at 2:00 p.m.

(2) Robocopp and Orion have agreed in principle to the material terms of a settlement and are in the process of documenting their agreement, which will result in a dismissal of all claims and counterclaims in the action as well as the entry of a stipulated permanent injunction.

(3) To conserve judicial and party resources and facilitate the efficient and expeditious resolution of this matter, Robocopp and Orion agreed on February 13, 2017 to jointly request that the Court vacate the upcoming Case Management Conference or, alternatively, continue the Conference for at least 60 days.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by the Parties, subject to the approval of this Court, that the Case Management Conference currently scheduled for February 22, 2017, shall be vacated and removed from the Court's calendar or, in the alternative, shall be continued for a period of at least 60 days from its current date to a date on or after April 24, 2017, with all other deadlines related to the Case Management Conference similarly continued.

Respectfully Submitted,

Dated:  February 14, 2017            By:   */s/ Heather Norton*
                                                Heather Norton

                                     Attorney for Plaintiff and Counterdefendant
                                              Robocopp, LLC

I attest that the concurrence in the filing of this document has been obtained from the other signatory:

Dated:  February 14, 2017            By:   */s/ Andrew J. Thomas*
                                                Andrew J. Thomas

                                     Attorney for Defendant and Counterclaimant
                                          Orion Pictures Corporation